IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SAVE THE BULL TROUT, FRIENDS OF THE WILD SWAN, and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>MARGARET EVERSON, in her official capacity as Director of the U.S. Fish and Wildlife Service, and DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior,<br>Defendants. | CV 19-184-M-DLC-KLD<br><br>ORDER |

Defendants have filed an Unopposed Motion to Extend Deadlines (Doc. 5). Defendants state that they intend to file a motion to dismiss on January 21, 2020, and ask the Court to stay the deadlines in the Case Management Order (Doc. 3) pending a ruling on their motion to dismiss. Accordingly, and good cause appearing,

IT IS ORDERED that Defendants' motion is GRANTED. If Defendants file

1

a motion to dismiss Plaintiffs' Complaint on January 21, 2020, the Plaintiffs shall have until February 18, 2020 to respond to the motion and Defendants shall have until March 10, 2020 to file a reply in support of the motion. The 26(f) Case Management Plan and Conference is stayed pending disposition of the motion to dismiss.

If Defendants do not file a motion to dismiss on January 21, 2020, the Court will issue a new case management order.

DATED this 15th day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge