Rebecca K. Smith
PUBLIC INTEREST DEFENSE CENTER, PC
P.O. Box 7584
Missoula, MT 59807
(406) 531-8133
publicdefense@gmail.com

Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807
(406) 721-1435
tim@bechtoldlaw.net

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| SAVE THE BULL TROUT, et al., | CV-19-184-M-DLC-KLD |
| Plaintiffs, | PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| SKIPWITH, et al., | |
| Defendants | |

Plaintiffs respectfully move this Court for summary judgment on the merits of this case. The Bull Trout Recovery Plan violates the Endangered Species Act (ESA). 16 U.S.C. §§1531 *et seq*. Plaintiffs file a brief in support of this motion. Defendants will file a brief opposing this motion.

Respectfully submitted this 27th Day of November, 2020.

*/s/ Rebecca K. Smith*
Rebecca K. Smith
PUBLIC INTEREST DEFENSE CENTER, PC

Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC

Attorneys for Plaintiffs