# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| SAVE THE BULL TROUT, FRIENDS OF THE WILD SWAN, and ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service, and DEB HAALAND, in her official capacity as Secretary of the Department of Interior,<br><br>Defendants. | CV 19-184-M-KLD<br><br>JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants in accordance with the Court's Order entered June 22, 2021, and that this action is DISMISSED.

      Dated this 22nd day of June, 2021.

                                        TYLER P. GILMAN, CLERK

                                        /s/ Nicole Stephens
                                        Nicole Stephens, Deputy Clerk